IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| SAMSON BUGA OKERO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | NO. CIV-07-104-T |
| | ) | |
| OKLAHOMA COUNTY JAIL, SHERIFF | ) | |
| and PERSONNEL, | ) | |
| | ) | |
| Defendants. | ) | |

O R D E R

Before the court is the Report and Recommendation [Doc. No. 25] of United States Magistrate Judge Robert E. Bacharach, to whom this matter was referred for initial proceedings pursuant to 28 U.S.C. § 636(b)(1)(B). In the Report and Recommendation, Judge Bacharach recommended that this action be dismissed for failure to comply with a court order directing plaintiff to provide current financial information in order to ascertain whether he continued to be eligible for *in forma pauperis* status. Judge Bacharach explained in the Report and Recommendation that he had learned that plaintiff was no longer housed at the Oklahoma County Detention Center[1] and, subsequently, learned that plaintiff has been removed to Kenya. Because plaintiff did not respond to the order, Judge Bacharach recommended that his *in forma pauperis* status be revoked and that he be directed to pay the full filing fee within a specified time.

In the Report and Recommendation, the Magistrate Judge advised plaintiff of his right to object to same and scheduled a July 18, 2007 deadline for filing such objections. The Magistrate Judge also advised plaintiff that a failure to timely object would constitute a waiver of his right to

---

[1] *As the Magistrate Judge correctly noted, plaintiff is deemed to have received the orders and other papers mailed to plaintiff at the detention center because that was the last address he furnished to the court. See LCvR 5.5(a).*

appellate review of the factual and legal issues contained in the Report and Recommendation.

Plaintiff's deadline for filing objections has expired, and he has not filed an objection or sought an extension of time in which to do so. Neither has he complied with Judge Bacharach's previous order requiring him to furnish current financial information. Accordingly, the Report and Recommendation [Doc. No. 25] is adopted as though fully set forth herein.

Plaintiff's *in forma pauperis* status is hereby revoked. Plaintiff is directed to pay the full filing fee for this action within 20 days of the date of this order. LCvR 3.3(e). If he fails to do so, this action will be deemed dismissed .

IT IS SO ORDERED this 30th day of July, 2007.

_____
RALPH G. THOMPSON
UNITED STATES DISTRICT JUDGE